**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JASON MATTHEW LYNCH**                                         **PLAINTIFF**
**Reg. #07405-510**

**VS.**                                   **4:26CV000118-JM-JJV**

**WHITE COUNTY JAIL,** *et al.*                                **DEFENDANT**

## ORDER

Pending is Plaintiff's motion for reconsideration of the denial of his *in forma pauperis* status and request for District Court review.  (Docket nos. 12 and 13).  The standard of review applicable to an appeal of a magistrate judge's order on non-dispositive pretrial matters is extremely deferential. *Roble v. Celestica Corp.*, 627 F. Supp. 2d 1008, 1014 (D. Minn. 2007) (internal citation omitted). The Court will reverse such an order only if it is clearly erroneous or contrary to law. *Id.*; 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).

Plaintiff's February 17, 2026 IFP Application was not provided to the Court on the proper forms and did not contain all of the information required by the Court.  In light of this finding the Court declines to find the Order of United States Magistrate Judge Volpe to be clearly erroneous.  Plaintiff's motions are DENIED.

The Court will allow Plaintiff an opportunity to correct his filings by submitting a new IFP Application for Judge Volpe's consideration. Plaintiff is reminded that he must complete and sign the IFP Application under penalty of perjury while an authorized official must complete and sign the Calculation Sheet.

The Clerk shall mail Plaintiff an additional copy of the  IFP Application and a Calculation Sheet.   Plaintiff must, within thirty (30) days of the date of this Order, either: (a) pay

the full $405 filing fee; or (b) file a properly completed IFP Application and Calculation Sheet.

Failure to do so may result in dismissal of this action without prejudice.

IT IS SO ORDERED this 4th day of March, 2026.

_____
James M. Moody Jr.
United States District Judge