## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JASON MATTHEW LYNCH**                                              **PLAINTIFF**
**Reg. #07405-510**

**VS.**                                  **4:26CV000118-JM-JJV**

**WHITE COUNTY JAIL**, *et al.*                                      **DEFENDANT**

### ORDER

Pending are Plaintiff's motions for district court review of Magistrate Judge Joe Volpe's order granting permission to proceed *in forma* pauperis on appeal, docket # 49[1] and 51 arguing that he did not file a notice of appeal.    The standard of review applicable to an appeal of a magistrate judge's order on non-dispositive pretrial matters is extremely deferential. *Roble v. Celestica Corp.*, 627 F. Supp. 2d 1008, 1014 (D. Minn. 2007) (internal citation omitted). The Court will reverse such an order only if it is clearly erroneous or contrary to law. *Id.*; 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a).

Plaintiff's objection and motion at docket #28 includes a notice of appeal.  The Court declines to find the Order of United States Magistrate Judge Volpe clearly erroneous or contrary to the law.  Plaintiff's motions are DENIED.  Plaintiff's request for the recusal of Magistrate Judge Volpe is also DENIED.

IT IS SO ORDERED this 2nd day of April, 2026.

James M. Moody Jr.
United States District Judge

---

[1] Plaintiff's motion at docket entry 49 incorrectly refers to the Order calculating appellate filing fees as docket entry 36.