**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

JASON MATTHEW LYNCH
Reg #07405-510                                                                                          PLAINTIFF

v.                                                    4:26-cv-00118-JM-JJV

WHITE COUNTY JAIL; *et al.*                                                              DEFENDANTS

**<u>ORDER</u>**

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe, and Plaintiff's objections. (Docs. 70 and 74.) After reviewing the record *de novo*, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

Therefore Plaintiff may proceed with his inhumane conditions of confinement claim against Defendants White County, Edwards, Ross, Swindel, and Does in their official capacities only. All other claims is DISMISSED without prejudice. Defendant White County Jail/White County Detention Center be DISMISSED with prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 20th day of April, 2026.


_____
UNITED STATES DISTRICT JUDGE