**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JASON MATTHEW LYNCH**                                                            **PLAINTIFF**
**Reg. #07405-510**

**VS.**                                             **4:26CV000118-JM-JJV**

**WHITE COUNTY JAIL,** *et al.*                                           **DEFENDANT**

## ORDER

Pending is Plaintiff's motion for district court review of Magistrate Judge Joe Volpe's order denying his motion to construe. (Docket #86). Plaintiff argues that he did not file a motion to amend but instead filed a motion to serve additional defendants.[1] Judge Volpe denied Plaintiff's request to serve additional defendants. The standard of review applicable to an appeal of a magistrate judge's order on non-dispositive pretrial matters is extremely deferential. *Roble v. Celestica Corp.*, 627 F. Supp. 2d 1008, 1014 (D. Minn. 2007) (internal citation omitted). The Court will reverse such an order only if it is clearly erroneous or contrary to law. *Id.*; 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). The Court finds no error in Judge Volpe's order denying the motion as frivolous. The Court declines to find the Order of United States Magistrate Judge Volpe clearly erroneous or contrary to the law. Plaintiff's motion is DENIED.

IT IS SO ORDERED this 26th day of May, 2026.

_____
James M. Moody Jr.
United States District Judge

---

[1]Plaintiff also asks the Court to link docket 83 with docket 80. The clerk is directed to add a note to docket entry 83 that it was an attachment to docket 80.